UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMONE DANTE HERON, aka DAMONE HERON,<br><br>　　　　Petitioner,<br><br>vs.<br><br>F.X. CHAVEZ (WARDEN),<br><br>　　　　Respondent. | Case No. EDCV 09-2273-ABC(RC)<br><br><br>JUDGMENT |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: Dec. 21, 2009

　　　　　　　　　　　　　　　　　　/s/ Audrey B. Collins
　　　　　　　　　　　　　　　　　　AUDREY B. COLLINS
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

R&R-MDO\09-2273.jud
12/16/09